ORDERED.

Dated:  April 03, 2019

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**Neil Scott McEachern**
**Elizabeth Sumpaico Rivera**

**CASE NO.: 3:10-bk-09365-JAF**
**Chapter 11**

   **Debtors.**
_____/

**AGREED ORDER DEEMING MORTGAGE CURRENT**

THIS CASE came before the court upon the Debtors' Motion to Deem Current (Doc. No. 452).  Upon the Motion, it is:

**ORDERED**:

1. Class 15 consisting of the First mortgage held by BSI Financial Services, as Servicing Agent for U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust ("Secured Creditor"), the loan on property 8995 Bensalem Drive, Jacksonville, Florida 32257 is current as of the entry of this Order.

Attorney Angela M. Scott is directed to serve a copy of this order on interested parties and to file a proof of service within three days of entry of the order.